# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 25-CR-69 (RCL) |
| v. | : | |
| | : | |
| ERLEND OLSON et al. | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney
N.Y. Bar No. 1387455

By: _____
Joshua A. Gold
TX Bar No. 24103101
Rebecca G. Ross
N.Y. Bar No. 5590666
Assistant United States Attorney
U.S. Attorney's Office
601 D St NW
Washington, D.C. 20530
Office: 202-815-8965
Joshua.Gold@usdoj.gov

2

                KAREN E. KELLY
                Acting Deputy Assistant Attorney General

By:    */s/ Alexis S. Hughes*
        Alexis S. Hughes
        D.C. Bar No. 90017487
        Department of Justice Tax Division
        150 M Street, N.E., Room 1.1405
        Washington, DC 20002
        alexis.hughes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 25-CR-69 (RCL)** |
| **v.** : | |
| : | |
| **ERLEND OLSON et al.** : | |
| : | |
| **Defendants.** : | |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e), it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

Date: _____

_____
THE HONORABLE ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE