IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.  1:25-CR-00069 |
| vs. | : | |
| JOHN J. GALLAGHER | : | |

## ORDER

AND NOW this _____ day of _____, 2025, it is hereby **ORDERED** that Michael J. Diamondstein and John J. Gallagher may have access to a Sensitive Compartmented Information Facility in the Philadelphia metropolitan area.

BY THE COURT

_____
The Hon. Royce C. Lambert

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.   1:25-CR-00069 |
| vs. | : | |
| JOHN J. GALLAGHER | : | |

## *MOTION TO COMPEL ACCESS TO A SENSITIVE COMPARTMENTED INFORMATION FACILITY*

1. John J. Gallagher, Esquire has hired the offices of Michael J. Diamondstein to represent him in the within matter.

2. Due to the nature of the representation, it is necessary for the undersigned to speak with Mr. Gallagher in a Sensitive Compartmented Information Facility (hereinafter "SCIF").

3. Arrangements have been made for Mr. Gallagher to use a SCIF in the Washington, D.C. area.

4. However, both Mr. Gallagher and the undersigned work in and reside around Philadelphia, Pennsylvania.

5. Traveling to the Washington, D.C. area from Philadelphia takes approximately three (3) hours each way. Thus, if required to use a SCIF in the Washington, D.C. area to have a conversation, Mr. Gallagher will be forced to pay six (6) hours of attorney travel time for every instance that he needs to speak to his attorney regarding certain issues.

6. Additionally, putting aside the increased costs, to budget time to get to Washington, D.C., the undersigned must clear a full day. The undersigned respectfully submits that empty days on his calendar are few and far between. Thus, forcing Mr. Gallagher to use a SCIF in the area of Washington, D.C. decreases the opportunity for Mr. Gallagher to have effective contact with his attorney. If given the opportunity to use a SCIF in the Philadelphia area, Mr. Gallagher will have more opportunities to have effective communication with his counsel.

7. To the best of the undersigned's information and belief, there are SCIFs in the Philadelphia Metropolitan area.

8. While Mr. Gallagher understands that there may be circumstances that require his counsel to use a SCIF in the Washington, D.C. area, he respectfully submits that there is no legitimate reason why

he should be forced to travel to Washington, D.C. simply to have secured conversations with his attorney.

**WHEREFORE**, Mr. Gallagher prays that this Honorable Court will issue an Order granting him the ability to use a SCIF in the Philadelphia metropolitan area.

*Respectfully submitted,*

/s/ mjd
_____
**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 900
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

## CERTIFICATE OF SERVICE

On this **17th** day of **November, 2025,** I Michael J. Diamondstein, being duly sworn according to law, hereby certify that a true and correct copy of this document was served upon the following individuals in the manner specified:

**The Honorable Royce C. Lambert**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Clerk's Office**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Josh Gold, AUSA**
**Alexis Hughes, AUSA**
**Rebecca Ross, AUSA**
U.S. Attorney's Office for the District of Columbia
601 D St NW
Washington, DC 20004
**VIA ECF**

**Daniella Medel, CISO**
**VIA EMAIL**

/s/ Michael J. Diamondstein
**MICHAEL J. DIAMONDSTEIN**
**Attorney for John J. Gallagher**