IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO.   1:25-CR-00069 |
| | : | |
| vs. | : | |
| | : | |
| **JOHN J. GALLAGHER** | : | |

### JOHN GALLAGHER'S MOTION FOR PRETRIAL CONFERENCE PURSUANT TO SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

*AND NOW*, John Gallagher, by and through his attorney, Michael J. Diamondstein, does file the within Motion praying that this Court will set a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act (hereinafter "CIPA"), 18 U.S.C. App. III § 2. Mr. Gallagher avers as follows:

1. The Government has indicated that they believe that there will be classified information that is part of the within matter.

2. On July 7th, 2025, the Government made a representation before this Honorable Court that they expected "a very small amount of classified discovery."

3. Mr. Gallagher respectfully submits that the Government's proffer is inaccurate. There should be a significant amount of classified discovery.

4.  CIPA Section 2 provides that, upon motion of any party, "the court **shall** promptly hold a pretrial conference to establish the timing of requests for discovery, the provision of notice required by section 5, and the initiation of the procedure established by section 6." 18 U.S.C. App. III § 2. (emphasis added).

5.  A Section 2 conference is necessary to:

    1.  Establish a clear schedule for any motions under Section 4;
    2.  Set deadlines for any notice required under Section 5;
    3.  Structure the timing of any hearings contemplated under Section 6;
    4.  Ensure that discovery and trial preparation proceed in an orderly manner consistent with CIPA and the Defendant's constitutional rights.

6.  Mr. Gallagher does not seek at this time to litigate the substance of any classified information.[1] Rather, he seeks a hearing to set the procedural framework contemplated by CIPA to avoid uncertainty regarding timing and to ensure that any classified information issues are addressed sufficiently in advance of trial.

7.  Based upon the information that Mr. Gallagher possesses regarding the within matter, he prays that the Court will, consistent with

---

[1] The within motion has been provided and approved for public filing by the assigned CISOs.

Section 2 of CIPA, conduct a conference prior to the Government's expected filing of a CIPA 4 motion.

For the foregoing reasons, Mr. Gallagher respectfully requests that the Court schedule a pretrial conference pursuant to Section 2 of CIPA at the Court's earliest convenience.[2]

*Respectfully submitted,*

/s/ mjd
_____
**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 900
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

---

[2] If the Court sees fit to grant the within request, Mr. Gallagher prays that his counsel be given leave to work with the Court's staff to set a hearing date. The next court date of March 18th, 2026 was set with the understanding that the undersigned would only be available via Zoom. Based upon what must be discussed, Mr. Gallagher does not believe that the hearing should be done remotely.

## CERTIFICATE OF SERVICE

On this **13th** day of **February, 2026,** I Michael J. Diamondstein, being duly sworn according to law, hereby certify that a true and correct copy of this document was served upon the following individuals in the manner specified:

**The Honorable Royce C. Lambert**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Clerk's Office**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Alexis Hughes, AUSA**
**Rebecca Ross, AUSA**
U.S. Attorney's Office for the District of Columbia
601 D St NW
Washington, DC 20004
**VIA ECF**

**Daniella Medel, CISO**
**VIA EMAIL**

/s/ Michael J. Diamondstein
**MICHAEL J. DIAMONDSTEIN**
Attorney for John J. Gallagher