UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-CR-69 (RCL) |
| | : | |
| **ERLEND OLSON, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT GALLAGHER'S MOTION FOR
<u>PRETRIAL CONFERENCE PURSUANT TO CIPA SECTION 2</u>**

The United States, by and through its attorney, the U.S. Attorney for the District of Columbia, hereby submits its response to Defendant John J. Gallagher's Motion for Pretrial Conference Pursuant to Section 2 of the Classified Information Procedures Act [ECF No. 93].

The government does not oppose the requested pretrial conference pursuant to Section 2 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3. The government proposes that any such conference take place on March 18, 2026, during the already-scheduled status conference. The government will not be discussing classified information at any pretrial conference and sees no reason for it to be held in person, given Defendant Gallagher's request only to set a schedule for filings made pursuant to CIPA and his assurance that he "does not seek at this time to litigate the substance of any classified information." ECF No. 93 at 2.

The government would like to clarify that the government has no intention of using any classified information in its case-in-chief or in any rebuttal case but only will be providing classified information in discovery.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/ Jolie F. Zimmerman*
Jolie F. Zimmerman
D.C. Bar No. 465110
Rebecca G. Ross
Sarah W. Ranney
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-6937 (Ross)
(202) 252-7051 (Ranney)

KAREN E. KELLY
Acting Deputy Assistant Attorney General

By: */s/ Alexis S. Hughes*
Alexis S. Hughes
D.C. Bar No. 90017487
Department of Justice
Criminal Division
950 Pennsylvania Ave., NW
Washington, DC 20530
alexis.hughes@usdoj.gov