# EXHIBIT 1

Email: Defense Request for Olson's Hardware Correspondence (June 19, 2025)



**From:** Michael Diamondstein
**Sent:** Thursday, June 19, 2025 11:17 AM
**To:** Gold, Joshua (USADC) <joshua.gold@usdoj.gov>; Hughes, Alexis (TAX) <alexis.hughes@usdoj.gov>; Ross, Rebecca (USADC) <REBECCA.ROSS2@usdoj.gov>
**Cc:** Shane Herrmann <sherrmann@cornerstonediscovery.com>
**Subject:** discovery

Josh *et al*:

In reviewing the discovery with my team, we had some questions/concerns regarding the Olson and Gallagher data.

- It appears from the MOIs and some of the Olson materials that the Government, pursuant to a search warrant, seized Olson's hardware.  However, we were not able to find property records or discern what hardware was taken.
  - If hardware was taken, what was taken and where are the documents describing chain of custody?
  - If hardware was taken, were forensic downloads done?
  - If so, where is the original mirror image data?
- We know that John Gallagher's cell phones were taken.  Where is the Cellebrite reports and/or mirror image of the phones?
- If data was produced from these collected devices in a Bates stamped format, please provide an index of these records. We have not received complete original paths for the produced data to assist with locating this same. We do see some files list John Gallagher as the custodian, but then no information on that original source for those files

If you think it more productive, I would be happy to have a call.

Thanks.

md



MICHAEL J. DIAMONDSTEIN, P.C.
ATTORNEY AT LAW

Two Penn Center - Suite 900
1500 John F. Kennedy Blvd.

Philadelphia, PA 19102
Office #: (215) 940-2700
Fax #: (215) 940-2701

