# EXHIBIT 2

John Gallagher's Follow-up Discovery Email (October 30, 2025)



**From:** Michael Diamondstein
**Sent:** Thursday, October 30, 2025 1:49 PM

**To:** Gold, Joshua (USADC) <Joshua.Gold@usdoj.gov>
**Subject:** RE: Our status conference RE: A couple of issues RE: Privilege log - Gallagher
Hello:
I am writing regarding additionally discovery issues.

- In June, I sent the following below request:
    - It appears from the MOIs and some of the Olson materials that the Government, pursuant to a search warrant, seized Olson's hardware. However, we were not able to find property records or discern what hardware was taken. <span style="color:red">Seizure list is USPROD-04081411 but still working to answer the additional questions; Did you check if some of these materials were in the filter production?</span>
        - If hardware was taken, what was taken and where are the documents describing chain of custody?
        - If hardware was taken, were forensic downloads done?
        - If so, where is the original mirror image data?
    - I don't recall getting an answer and, to date, we have not found any materials from Olson's computers. We would be interested not only any documents taken but the forensic pull from his electronics
- In reviewing the materials from Bulltick it is clear that they were apparently shown a JP Morgan Account that purported to hold escrow funds. The witnesses indicated that they did not see a Chase account. They are sure of that because, to them, it would have been weird to use Chase as an investment bank. They described a document that was similar in form to USPROD-02841689. We don't have a JP Morgan document that purports to be the document that the Bulltick people were shown. Has the Government passed it? <span style="color:red">We do not have a JP Morgan Escrow Statement in our possession.</span>