UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-69-1 (RCL) |
| | : | |
| ERLEND OLSON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT OLSON'S RESPONSE TO
JOINT STATUS REPORT OF MAY 21, 2026

Defendant Erlend Olson, through counsel, respectfully responds as follows to the Joint

Status Report filed by the government on May 21, 2026 (ECF Docket No. 143).

To the extent the Joint Status Report proposes negotiations between the government,

defense counsel and counsel for Brevet Capital Management LLC/LTS Systems, LLC

("Brevet/LTS") concerning the documents referenced in the Joint Status Report, which had been

held by the Receiver in the Southern District of New York and are now in the possession of

Brevet/LTS, we have no objection and will look forward to participating in these conversations.

We note that Brevet/LTS has taken an aggressive position concerning privilege relating to these

documents (*see* Exhibit 1), so we are unclear as to the prospects of Brevet/LTS agreeing to

disclosure of these materials to the Defendants.  Our principal issue is that some of these

documents also may be subject to an attorney-client privilege personally held by Mr. Olson,

which may still exist despite Brevet/LTS's possession of them, and so we are uncomfortable with

the notion of waiving any such privilege, particularly without having reviewed the documents

beforehand.  We will look forward to discussing this issue, among others, with the government,

counsel for our codefendants and counsel for Brevet/LTS.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn Bar No. 358020
Coburn & Eisenstein PLLC
1200 G Street, N.W.
Suite 800
Washington, DC  20005
(If suite number is not included, delivery
will not be made)
Telephone:  (202) 643-9472
Facsimile:  (866) 561-9712
barry@coburngreenbaum.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this response will be served upon all counsel of record via

the Court's ECF system, this 25th day of May, 2026.

/s/ Barry Coburn

Barry Coburn