**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO.    1:25-CR-00069** |
| | : | |
| **vs.** | : | |
| | : | |
| **JOHN J. GALLAGHER** | : | |

## JOINDER

With leave of the Court, John Gallagher seeks to join in the relief sought in Defendant

Steven Buscher's Motion for Disclosure of Grand Jury materials and For An Accounting of the

Grand Jury Proceedings.[1]


*Respectfully submitted,*


  */s/ Michael J. Diamondstein*
**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 1815
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

---

[1] At the Court's direction, Mr. Gallagher will, of course, file a memorandum outlining why Mr. Gallagher has an independent basis for the within requested Joinder.

## CERTIFICATE OF SERVICE

On this **8th** day of **July, 2026,** Michael J. Diamondstein, being duly sworn according to law,

hereby certifies that a true and correct copy of this document was served upon the following

individuals in the manner specified:

> **The Honorable Royce C. Lambert**
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue N.W.
> Washington D.C. 20001
> **VIA ECF**

> **Clerk's Office**
> U.S. District Court for the District of Columbia
> 333 Constitution Avenue N.W.
> Washington D.C. 20001
> **VIA ECF**

> **Alexis Hughes, AUSA**
> **Sarah Ranneyy, AUSA**
> **Jolie Zimmerman, AUSA**
> U.S. Attorney's Office for the District of Columbia
> 601 D St NW
> Washington, DC 20004
> **VIA ECF**

> */s/ Michael J. Diamondstein*
> **MICHAEL J. DIAMONDSTEIN**
> **Attorney for John J. Gallagher**