Filed with the Classified
Information Security Officer
CISO _____
Date  7/17/26

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.    1:25-CR-00069 |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. GALLAGHER | : | |

## JOHN GALLAGHER'S PROFFER OF POTENTIALLY RELEVANT CLASSIFIED MATERIAL