**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 1:25-CR-00069** |
| | : | |
| **vs.** | : | |
| | : | |
| **JOHN J. GALLAGHER** | : | |

**MOTION TO VACATE CURRENT CIPA SCHEDULE**

***AND NOW***, John Gallagher, by and through his attorney, Michael J. Diamondstein, does file the within Motion to Vacate the Current CIPA Schedule. With the consent of all parties, he respectfully avers:

1. On May 5th, 2026 at Document #131, with the consent of all parties, the Court signed an Order outlining a schedule to address the Classified Information Procedures Act [hereinafter "CIPA"].

2. In relevant part, the Order indicated that it was "subject to any necessary changes in the future."

3. The within motion prays that the Court will Vacate the Order at Document #131.

4. As of the filing of the within motion, the Government is awaiting a ruling on their CIPA 4 filing. Mr. Gallagher also filed a motion under CIPA 4. Furthermore, as the Government has not provided

the universe of materials that it believes appropriate under CIPA, Mr. Gallagher has not issued subpoenas.

5. Based upon the foregoing, Mr. Gallagher is not in a position to make a determination on what materials/evidence should be used at trial and therefore cannot comply with the current scheduling order.

6. Mr. Gallagher respectfully submits that, as there are other outstanding discovery issues and no trial or motions date has been set, the within sought relief will not delay the matter.

7. All of the defendants and the Government have been advised of the within sought relief and concur in the request.

For the foregoing reasons, Mr. Gallagher prays that the Court will issue an Order directing that the current CIPA scheduling order under Document #131 is **VACATED**.

***Respectfully submitted,***

*/s/ Michael J. Diamondstein*

**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 1815
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

## CERTIFICATE OF SERVICE

On this **18th** day of **September, 2026,** Michael J. Diamondstein, being duly sworn according to law, hereby certify that a true and correct copy of this document was served upon the following individuals in the manner specified:

**The Honorable Royce C. Lambert**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Clerk's Office**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Sarah Ranney, AUSA**
**Alexis Hughes, AUSA**
**Rebecca Ross, AUSA**
U.S. Attorney's Office for the District of Columbia
601 D St NW
Washington, DC 20004
**VIA ECF**

**All co-counsel**
**VIA ECF**

*/s/ Michael J. Diamondstein*
**MICHAEL J. DIAMONDSTEIN**
**Attorney for John J. Gallagher**