**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **NO. 1:25-CR-00069** |
| | : | |
| **vs.** | : | |
| | : | |
| **JOHN J. GALLAGHER** | : | |

**JOHN GALLAGHER'S RESPONSE PURSUANT TO CIPA SCHEDULING ORDER**

On May 6, 2026, the Court adopted a schedule, relating to submissions under the Classified Information Procedures Act ("CIPA"), that had been proposed jointly by the parties.

A motion recently was filed seeking to modify that schedule but as of this time it remains in effect. Pursuant to the scheduling order and to Section 5 of CIPA, Mr. Gallagher proffers that the information he previously submitted under CIPA, which is under seal, constitutes his proffer of information he reasonably believes would be needed at trial and at pretrial proceedings in this case.

Mr. Gallagher respectfully submits that, as the Government has not provided him with the bulk of classified discovery and he has not yet served classified subpoenas, he cannot plead with specificity the need to use an additional classified information at trial and/or pre-trial hearings.

***Respectfully submitted,***

*/s/ Michael J. Diamondstein*

**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 1815
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

## CERTIFICATE OF SERVICE

On this **15th** day of **October, 2026,** Michael J. Diamondstein, being duly sworn according to law, hereby certify that a true and correct copy of this document was served upon the following individuals in the manner specified:

**The Honorable Royce C. Lambert**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Clerk's Office**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Sarah Ranney, AUSA**
**Alexis Hughes, AUSA**
**Rebecca Ross, AUSA**
U.S. Attorney's Office for the District of Columbia
601 D St NW
Washington, DC 20004
**VIA ECF**

**All co-counsel**
**VIA ECF**

*/s/ Michael J. Diamondstein*
**MICHAEL J. DIAMONDSTEIN**
**Attorney for John J. Gallagher**